**Jamil GREENE, Petitioner–Appellant,**

v.

**C. CROSS, Warden, Respondent–Appellee.**

**No. 00–7241.**

United States Court of Appeals, Fourth Circuit.

Submitted May 8, 2001.

Decided June 7, 2001.

Jamil Greene, pro se.

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

PER CURIAM.

Jamil Greene seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Greene v. Cross,* No. CA–00–1038–AM (E.D.Va. filed July 17, 2000; entered July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*DISMISSED.*